| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>FAREPORTAL, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>HNA GROUP (INTERNATIONAL) COMPANY, LTD., HNA CAPITAL, LTD., JASON CHEN, LEI SHI, and NISHITH KUMAR A/K/A NISHITH VARMA,<br><br>    Defendants, | CASE NO. 21 CV 02841 (SBA)<br><br>**NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Action Filed: April 16, 2021 |

    PLEASE TAKE NOTICE that Plaintiff FAREPORTAL, INC. in the above-captioned action, hereby voluntarily dismisses without prejudice this action as against Defendant HNA CAPITAL, LTD., pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Date:  January 12, 2022

                                                          For the Plaintiff:

                                                          By:   */s/ Neil A.F. Popović*
                                                               NEIL A.F. POPOVIĆ

Sheppard, Mullin, Richter & Hampton, LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
E mail  npopovic@sheppardmullin.com

Jonathan H. Stoler (Admitted, *pro hac vice*)
Robert S. Friedman (Admitted, *pro hac vice*)
Kevin J. Smith (Admitted, *pro hac vice*)
Shin Y. Hahn (Admitted, *pro hac vice*)
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza
New York, New York  10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email  jstoler@sheppardmullin.com
         rfriedman@sheppardmullin.com
         kjsmith@sheppardmullin.com
         shahn@sheppardmullin.com