# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 3/14/2022 | Time: 2:13 p.m. – 2:43 p.m. | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 21-cv-02841-YGR | Case Name: Fareportal, Inc. v. HNA Group (International) Co., LTD. | |

**Attorney for Plaintiff:** Neil Popovic, Robert Friedman, Kevin Smith, Shin Hahn
**Attorney for Defendant HNA Group (International) Co., Ltd.:** Michael Amberg, Aaron Wolfson, Vincent Filardo
**Attorney for Defendant Jason Chen:** Richard Ergo
**Defendant Pro Se:** Nishith Kumar

**Deputy Clerk:** Aris Garcia      **Court Reporter:** Pamela Hebel

## PROCEEDINGS

Initial Case Management Conference - HELD via Zoom Webinar

**Case Management Conference set 3/20/2023 at 2:00pm**
**REFERRED to Private Mediation to be completed by 10/21/2022**
**Compliance Deadline re Mediator Selection set for Friday, 4/22/2022 at 9:01am.**
**Joint Statement Regarding Agreed Upon Mediator due by 4/15/2022**
**Join Parties or Amend Pleadings:  None without good cause and Court approval; Motions under FRCP Rule 16(b)(4)**
**Non-Expert Discovery Cutoff:  2/28/2023**
**Disclosure of Experts:  All Experts, Retained and Non-Retained Must Provide Written Reports Compliant with FRCP 26(a)(2)(B):**
     **Opening:  3/31/2023**
     **Rebuttal:  4/28/2023**
**Expert Discovery Cutoff:  5/12/2023**
**Dispositive/Daubert Motions filed by 6/12/2023 with 35 days notice**
**Compliance Deadline re Pretrial set Friday, 9/22/2023 at 9:01am**
**Joint Pretrial Statement:  9/29/2023**
**Pretrial Conference Friday, 10/13/2023 at 9:00am**
**Jury Trial set 11/6/2023 at 8:00am**