```
Michael Amberg, Cal. Bar No. 330553
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
michael.amberg@us.kwm.com
```

*Attorney for Defendant*
*HNA (International) Co. Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAREPORTAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>HNA GROUP (INTERNATIONAL) CO., LTD., HNA CAPITAL, LTD., JASON CHEN, LEI SHI, and NISHITH KUMAR A/K/A NISHITH VARMA<br><br>    Defendant. | Case No. 21-cv-02841-YGR<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Hon. Yvonne Gonzalez Rogers |

PLEASE TAKE NOTICE that, effective June 1, 2022, the mailing address for the undersigned is as follows: 2500 Sand Hill Road, Suite 111, Menlo Park, CA 94025.

KING & WOOD MALLESONS LLP

Dated: June 7, 2022

By /s/ Michael Amberg
MIICHAEL AMBERG

Attorney for Defendant HNA Group (International) Co., Ltd.

Notice of Change of Address                    -1-

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 7, 2022, I caused the foregoing Notice of Change of Address to be served to the following counsel of record:

Neil A. Friedman Popovic
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
(415) 434-9100
Fax: (415)-434-3947
NPopovic@sheppardmullin.com

Jonathan Stoler
Sheppard Mullin LLP
30 Rockefeller Plaza
New York, NY 10012
(212) 653-8700
Jstoler@sheppardmullin.com

Kevin J. Smith
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza
New York, NY 10112
212-653-8700
Fax: 212-653-8701
kjsmith@Sheppardmullin.com

Robert S. Friedman
Sheppard Mullin Richter and Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
212-653-8700
rfriedman@sheppardmullin.com

Shin Y Hahn
Sheppard Mullin Richter and Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
212-653-8700
shahn@sheppardmullin.com

*Counsel for Plaintiff
Fareportal Inc.,*

Richard A. Ergo
Bowles & Verna LLP
2121 N. California Boulevard,
Suite 875
Walnut Creek, CA 94596
(925)935-3300
Fax: (925)935-0371
raergo@bowlesverna.com

*Counsel to Defendant Jason Chen*

Nishith Kumar
32 Benford Drive
Princeton Junction, NJ 08550
973-960-3123
nishithvarma@hotmail.com

*Pro se Defendant*

Dated: June 7, 2022                  */s/ Michael Amberg*

                                                              Michael Amberg