UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAREPORTAL, INC.,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**HNA GROUP (INTERNATIONAL) CO., LTD., ET AL.,**<br><br>　　　　　　Defendants. | Case No. 4:21-cv-02841-YGR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE: FAILURE TO SUBSTITUTE COUNSEL** |

On November 14, 2022, the Court issued an order to show cause concerning HNA Group (International) Company Limited's failure to substitute counsel. Counsel has subsequently appeared for HNA Group (International) Company Limited and the defendant has sufficiently explained the delay in engaging new counsel. In light of the foregoing, the order to show cause is **DISCHARGED** and the hearing set for December 5, 2022 is **VACATED**.

**IT IS SO ORDERED**.

Dated: November 30, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**