United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESSICA BOLTON,** | Case No.:  4:21-CV-03466-YGR |
| **Plaintiff,** | |
| v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| **DANIEL PARAMO, ET AL.,** | |
| **Defendants,** | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court has reviewed the parties' updated Case Management Conference Statement and is satisfied that the above case is proceeding as scheduled.  Accordingly, the Case Management Conference currently set for Monday, March 20, 2023, is **VACATED**.

The parties are reminded to follow the Court's standing order regarding motions for summary judgment.

**IT IS SO ORDERED**.

Date: March 17, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**