SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail    npopovic@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JONATHAN H. STOLER, (Admitted, *pro hac vice*)
ROBERT S. FRIEDMAN, (Admitted, *pro hac vice*)
KEVIN J. SMITH, (Admitted, *pro hac vice*)
SHIN Y. HAHN, (Admitted, *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone:    (212) 653-8700
Facsimile:    (212) 653-8701
E mail    jstoler@sheppardmullin.com
    rfriedman@sheppardmullin.com
    kjsmith@sheppardmullin.com
    shahn@sheppardmullin.com

*Attorneys for Plaintiff Fareportal Inc.*

**APPROVED**
Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAREPORTAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HNA GROUP (INTERNATIONAL) CO., LTD., HNA CAPITAL, LTD., JASON CHEN; LEI SHI; AND NISHITH KUMAR A/K/A NISHITH VARMA; <br><br> Defendants. | Case No. 21-cv-02841-SBA <br><br> **NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** <br><br> Action Filed: April 16, 2021 |

SMRH:4887-7865-8398.1

NOTICE OF DISMISSAL OF LEI SHI

1  Plaintiff Fareportal, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,
2  hereby dismisses all claims for relief in the complaint against defendant Lei Shi without prejudice.
3  Lei Shi has filed neither an answer to the complaint nor a motion for summary judgment as to
4  these claims.  As such, this Notice of Dismissal by Plaintiff is appropriate.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated:  April 20, 2023

By  /s/ Neil A.F. Popović
    KEVIN J. SMITH
    NEIL A.F. POPOVIĆ
    JONATHAN H. STOLER
    ROBERT S. FRIEDMAN
    SHIN Y. HAHN

Attorneys for Plaintiff Fareportal Inc.