UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FAREPORTAL, INC.,**

    Plaintiff,

  v.

**HNA GROUP (INTERNATIONAL) CO., LTD.,** *et al.,*

    Defendants.

Case No. 4:21-cv-02841-YGR

**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**

On March 17, 2023, the Court continued a previously scheduled case management conference ("CMC") in the above captioned case to November 6, 2023. (*See* Dkt. No. 123.)

The Court held the CMC as scheduled on November 6, 2023. However, only Mr. Matthew Dolan, counsel for defendant Jason Chen appeared. Parties did not timely file a case management statement in advance of the CMC, as required by the Northern District's Civil Local Rule 16-9.

In light of the above, the Court **ORDERS** counsel for all parties to this litigation *except for* Mr. Chen to show cause why they should not be sanctioned $200 for failing to appear at the conference and timely file the required case management statement in advance.

Counsel subject to this Order, which again does *not* include Mr. Chen's attorney Mr. Dolan, shall file written responses by no later than **November 13, 2023**.

The Court Sets a further CMC for **November 20, 2023 at 2:00 p.m.** Parties are admonished to comply with the Civil Local Rules in terms of submitting a case management statement in advance of the conference.

**IT IS SO ORDERED.**

Dated: November 6, 2023

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**