UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAREPORTAL, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HNA GROUP (INTERNATIONAL) CO., LTD., et al<br><br>　　　　　　　Defendants. | Case No. 21-cv-02841-YGR<br><br>DECLARATION IN RESPONSE TO ORDER TO SHOW CAUSE<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Nishith Kumar, hereby declare the following:

I am the pro se defendant in this case, and I make this declaration based on my personal knowledge. If called as a witness, I would testify competently to the matters herein.

On March 17, 2023, at 4:45 PM EST, I received an ECF notification of a Clerk's Notice indicating that "the case management conference, previously set for March 20, 2023 (but reflected in docket 72 for March 30, 2023), is continued to November 6, 2023, before Judge Yvonne Gonzalez Rogers, at 2:00 p.m." (See ECF No. 123).

Additionally, on March 17, 2023, at 6:33 PM EST, I received another ECF notification of an Order Vacating Case Management Conference (ECF No. 124). Regrettably, I only saw the subject line on the email and did not open the ECF, assuming that the Case Management date was vacated.

It is my belief and understanding that ECF No. 124, Vacating Case Management Conference, and human error led to my failure to submit a Case Management Conference Statement and attend the Case Management Conference on November 6, 2023. As a pro se defendant, I acknowledge my limited understanding of ECF, apologize to the Court and the other parties for my procedural ignorance, and recognize my oversight in not delving into

further details. I sincerely hope that, given the circumstances, the Court will not impose sanctions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed at Princeton Junction, New Jersey, on November 13, 2023

Dated: November 13, 2023

By        /s/ Nishith Kumar
           NISHITH KUMAR

           Pro Se Defendant