UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FAREPORTAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>HNA GROUP (INTERNATIONAL) CO., LTD., et al.,<br><br>    Defendants. | Case No. 4:21-cv-02841-YGR<br><br>**REVISED SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| MANDATORY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE | *See below.* |
| NON-EXPERT DISCOVERY CUTOFF: | March 29, 2024 |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: April 29, 2024<br>Rebuttal: May 20, 2024 |
| EXPERT DISCOVERY CUTOFF: | June 17, 2024 |
| DISPOSITIVE MOTIONS[1]/DAUBERT MOTIONS TO BE FILED BY: | July 15, 2024 |
| FURTHER CASE MANAGEMENT CONFERENCE | September 9, 2024, at 3:00 p.m. |
| COMPLIANCE DEADLINE (*SEE* PAGE 2) | Friday, October 11, 2024 at 9:01 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

To the extent plaintiff files a motion for summary judgement as to *pro se* defendant Mr. Kumar or defendant Mr. Chen (to the extent he is appearing *pro se* in that context), Ninth Circuit authority requires that they be given, at the time the motion is filed, "notice of what is required of them in order to oppose" the motion. *See Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998); *Woods v. Carey*, 684 F.3d 934, 935, 940-41 (9th Cir. 2012). The Court will timely provide such notice, if necessary.

| | |
|---|---|
| **PRETRIAL FILINGS:** | October 18, 2024 |
| **PRETRIAL CONFERENCE:** | Friday, November 1, 2024 at 9:00 a.m. |
| **TRIAL DATE:**[2] | Monday, November 18, 2024 at 8:00 a.m. (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance deadline on Friday, October 11, 2024 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. All compliance deadlines are decided on the papers and personal appearances are not necessary. Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page joint statement confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

The Court also **ORDERS** parties to participate in a mandatory settlement conference before a magistrate judge. A magistrate judge will be randomly assigned to oversee the settlement conference and will contact parties to schedule it.

Lastly, the Court advises *pro se* defendants that assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. To make an appointment with the Legal Help Center, you may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San Francisco Courthouse (15th Floor, Room 2796) or Oakland Courthouse (Room 470S); (2) call 415-782-8982; or (3) email

---

[2] If no dispositive motions are filed, the Court will consider advancing the trial date.

1  federalprobonoproject@sfbar.org.  The Help Center's website is available at

2  https://cand.uscourts.gov/legal-help.

3  **IT IS SO ORDERED.**

4  Dated: December 5, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**